JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NIMA VAEZI, et al.,** | Case No. 2:21-CV-03027-JFW-Ex |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **WARREN STANLEY, et al.,** | |
| Defendants. | |

This Court, having entered an Order granting the motion to dismiss the Third Amended Complaint pursuant to Rule 12 (b)(6) brought by Defendants Warren Stanley, Daniel Minor, Christopher Margaris, Melissa Hammond, and Martin Geller without leave to amend (ECF No. 48), and having previously entered an Order dismissing Defendant the California Highway Patrol (CHP) (ECF No. 39), and having ordered entry of judgment in favor of Defendants and against Plaintiffs Nima Vaezi, Agustin Aguilera, and James Horejs, accordingly,

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Judgment be entered against Plaintiffs Nima Vaezi, Agustin Aguilera, and James Horejs, and in favor of Defendants the CHP, Warren Stanley, Daniel Minor, Christopher Margaris, Melissa Hammond, and Martin Geller;

2. Plaintiffs Nima Vaezi, Agustin Aguilera, and James Horejs have and shall recover nothing against Defendants the CHP, Warren Stanley, Daniel Minor, Christopher Margaris, Melissa Hammond, and Martin Geller;

3. This action is dismissed with prejudice; and

4. Costs shall be awarded as allowed by law.

**IT IS SO ORDERED.**

Dated:   October 26, 2021

   *[signature]*
The Honorable John F. Walter
United States District Court Judge