# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:21-cv-03027-JFW-Ex          Date March 7, 2023

Title: Nima Vaezi et al v. Warren Stanley et al

Present: The Honorable John F. Walter

|  Shannon Reilly  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☒ In Court          ☐ In Chambers          ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  NOTICE OF DISMISSAL filed by Plaintiff [91] - Make JS-6

☐ Entered _____.

Initials of Preparer  sr